IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR143 |
| v. | ORDER |
| TYRECE D. THOMAS, | |
| Defendant. | |

This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 23). Counsel needs additional time to complete investigation and prepare a defense. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 23) is granted as follows:

1. The jury trial now set for October 6, 2025, is continued to **December 8, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 8, 2025,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 26th day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge